PEOPLE, PLAINTIFF AND APPELLEE, *v.* GABINO, DEFENDANT AND APPELLANT.

PEOPLE, PLAINTIFF AND APPELLEE, *v.* PIÑERO, DEFENDANT AND APPELLANT.

APPEALS from the District Court of Humacao in Prosecutions for Violation of Section 162 of the Penal Code.

Nos. 984 and 987.—Decided April 25, 1916.

Decided on the grounds stated in the opinion delivered in Case No. 973, *People v. Gabino, ante.*

*Mr. Arturo Aponte, Jr.,* for the appellants.
*Mr. Salvador Mestre, fiscal,* for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.